VINCENT KOTMEL and EMMA KOTMEL, Administrators, etc., of FRANK KOTMEL, Deceased, Respondents, v. JAMES J. NAGLE and KATHRYN NAGLE, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted,

with ten dollars costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.